**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PJR CONSTRUCTION OF NEW JERSEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALLEY FORGE INSURANCE COMPANY & NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, <br><br> Defendants. | Civil Action No. 17-4219 (MAS) (LHG) <br><br> **ORDER** |

This matter comes before the Court upon Defendants Valley Forge Insurance Company ("Valley Forge") and National Fire Insurance Company of Hartford's ("National Fire") (collectively, "Defendants") Motion for Summary Judgment. (ECF No. 17.) Plaintiff PJR Construction of New Jersey, Inc. ("Plaintiff") opposed (ECF No. 20), and Defendants replied (ECF No. 21). For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 31st day of July, 2019 **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. The Clerk of Court shall close this matter.

s/ Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**